# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-0307
_____

DEARLYN LOJARES,

Appellant,

v.

ALFONSO SILVA,

Appellee.

_____

On appeal from the Circuit Court for Alachua County.
Robert K. Groeb, Judge.

July 25, 2024

PER CURIAM.

AFFIRMED.

B.L. THOMAS, RAY, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Cynthia Stump Swanson, Swanson Law Center, P.A., Gainesville, for Appellant.

Sabina Tomshinsky, Home Town Law, P.A., Gainesville, for Appellee.